## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
## www.flmb.uscourts.gov

In re:                                                                    Chapter 13

ALEKSANDRA GORISLAVETS,                        Case No. 8-15-bk-02128-CED

Debtor(s)[1]

_____/

### TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO COMPLY WITH THE ORDER ESTABLISHING DUTIES, AND NOTICE OF HEARING

> A preliminary hearing in this case will be held on May 18, 2015 at 1:30 pm in Courtroom 9A before the Honorable Caryl E. Delano, United States Bankruptcy Judge, at Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa Florida 33602, to consider and act upon this matter.

Kelly Remick, Chapter 13 Standing Trustee, hereby moves for the entry of an order dismissing this case, and in support thereof states the following:

1. The Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on March 3, 2015 and a Section 341 Meeting of Creditors was scheduled for April 6, 2015.

2. The Debtor has failed to comply with the Order Establishing Duties entered on March 4, 2015 (Doc. No. 8).

3. The Debtor failed to appear at the Section 341 Meeting of Creditors.

4. The Debtor failed to provide to the Chapter 13 Standing Trustee, at least seven (7) days prior to the Section 341 Meeting of Creditors, copies of all pay stubs, advices or

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

2

documentation of income sources ("payment advices") for the six month period ending on the last day of the month preceding the month of the petition date.

5. The Debtor failed to provide to the Chapter 13 Standing Trustee, at least seven (7) days prior to the Section 341 Meeting of Creditors, copies of tax returns for the two years preceding the petition date.

6. The Plan is not feasible as the monthly Plan payment is $3207.00 per month with gross income on Schedule I at $700.00 per month.

WHEREFORE, the Trustee respectfully requests that the Court enter an order dismissing this case, together with such other and further relief as the Court deems just and proper.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was furnished, electronically and/or by U.S. Mail, to **ALEKSANDRA GORISLAVETS,** 205 Patterson Avenue, Osprey, Florida 34229; **U.S. TRUSTEE,** 501 East Polk Street, Suite 1200, Tampa, Florida  33602, this 10th day of April, 2015.

/s/ Kelly Remick
Kelly Remick
Chapter 13 Standing Trustee
Post Office Box 6099
Sun City Center, Florida 33571-6099
Phone:  (813) 658-1165
Fax:    (813) 658-1166

KR*WCH/do